GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL RAMIREZ-JIMENEZ, ) <br> ) <br> Defendant ) <br> _____ ) | CR. NO. 2:08-CR-509-MCE <br><br> STIPULATION AND ORDER TO MODIFY PRESENTENCE REPORT SCHEDULE AND TO CONTINUE JUDGMENT AND SENTENCING DATE |

Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree to modify the schedule for disclosure of the Presentence Report and for filing of objections to the Presentence Report, and further agree to continue the judgment and sentencing date, as follows:

The proposed Presentence Report shall be disclosed February 3, 2011. Counsel's written objections to the report shall be due February 17, 2011. The report shall be filed and disclosed February 24, 2011. The motion for correction of the report shall be filed and served March 3, 2011. The reply or statement of non-opposition shall be due March 10, 2011. The judgment and sentencing hearing presently set for January 13, 2011, at 9:00 a.m., shall be continued to March 17, 2011, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

Defense counsel has advised Linda O. Dillon, United States Probation Officer, of the above and Ms. Dillon has indicated she is available on the proposed new date for the judgment and sentencing hearing.

The proposed changes are requested in order to allow additional time to resolve sentencing issues.

Respectfully submitted,

DATED: December 16, 2010   /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: December 16, 2010   /s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 22, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE