GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. 2:08-CR-509-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE JUDGMENT AND SENTENCING DATE |
| DANIEL RAMIREZ-JIMENEZ, | ) | |
| Defendant | ) | |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree to continue the judgment and sentencing hearing presently set for March 17, 2011, at 9:00 a.m., to April 14, 2011, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

///

///

///

///

///

///

///

The proposed continuance is requested to give counsel additional time to research sentencing issues which have arisen and to provide the Court with a memorandum and a response, if needed, to support sentencing recommendations.

Respectfully submitted,

DATED: March 15, 2011     /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: March 15, 2011     /s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: March 18, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE