GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DANIEL RAMIREZ-JIMENEZ,<br><br>               Defendant<br>_____ | N0. 2:08-cr-00509-MCE<br><br>STIPULATION AND ORDER TO MODIFY PRESENTENCE REPORT SCHEDULE AND TO CONTINUE JUDGEMENT AND SENTENCING DATE |

Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree to modify the Presentence Report schedule, and further agree to continue the judgment and sentencing date, as follows:

Counsel's written objections to the draft report shall be due April 14, 2011. The final report shall be filed April 28, 2011. The motion for correction of the report shall be filed May 5, 2011. The reply or statement of non-opposition shall be due May 12, 2011. The judgment and sentencing hearing presently set for April 14, 2011, at 9:00 a.m., shall be continued to May 19, 2011, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

Defense counsel has advised Linda O. Dillon, United States Probation Officer, of the above and Ms. Dillon has indicated she is available on the proposed new date for the judgment and sentencing hearing.

///

///

1

The proposed changes are requested in order to allow additional time to resolve sentencing issues.

DATED: March 31, 2011        /s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: March 31, 2011        /s/ Todd D. Leras
　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE