IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                       No.  2:  08-cr-0509 MCE CKD

     vs.

DANIEL RAMIREZ-JIMENEZ,

      Movant.                        ORDER

_____/

       Movant, a federal prisoner proceeding *pro se*, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(b)(3).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to reassign this case to a different Magistrate Judge.

 Dated: August 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE