IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. 2:08-cr-0509 MCE KJN P

    vs.

DANIEL RAMIREZ-JIMENEZ,

    Movant.                      <u>ORDER TO SHOW CAUSE</u>

_____/

        On June 4, 2012, movant, a federal prisoner proceeding without counsel or "pro se", filed a motion to vacate or correct his sentence. On September 6, 2012, after reassignment, the undersigned directed the respondent to file an answer within thirty days. Thirty days have now passed, and respondent has not filed an answer or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that respondent show cause why sanctions should not be entered based on respondent's failure to comply with the September 6, 2012 order.

DATED: October 15, 2012

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

rami0509.osc