HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RAMIREZ-JIMENEZ,<br><br>Defendant. | No. 2:08-cr-00509-MCE-KJN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE– POTENTIAL RELEASE DATE, NOVEMBER 1, 2015<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, DANIEL RAMIREZ-JIMENEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.	Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.	On June 9, 2011, this Court sentenced Mr. Ramirez-Jimenez to a term of 108 months imprisonment;

3.	His total offense level was 27, his criminal history category was III, and the resulting guideline range was 87 months to 108 months;

4.      The sentencing range applicable to Mr. Ramirez-Jimenez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Ramirez-Jimenez' total offense level has been reduced from 27 to 25, and his amended guideline range is 70 to 87 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ramirez-Jimenez' term of imprisonment to 87 months.

Respectfully submitted,

Dated:  May 21, 2015                                  Dated:   May 21, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                              Federal Defender

 /s/  Jason Hitt                                              /s/ David M. Porter
JASON HITT                                             DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA              DANIEL RAMIREZ-JIMENEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ramirez-Jimenez is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2011 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1 | reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 | States Bureau of Prisons and the United States Probation Office.
3 |     Unless otherwise ordered, Mr. Ramirez-Jimenez shall report to the United States
4 | Probation Office within seventy-two hours after his release.
5 |     IT IS SO ORDERED.
6 | Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT